## FOURTH DISTRICT.

Ethel Fisher, defendant in error, v. Elmer Westerhold, plaintiff in error.

Opinion filed January 23, 1933.

Williamson, Burroughs & Simpson, for plaintiff in error; James L. Reed, of counsel. Tunnell & Tunnell, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.